

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER REINSTATING APPEAL

Appellate case name:      Kevin Antonio Caballero v. The State of Texas

Appellate case number:    01-19-00878-CR; 01-19-00879-CR

Trial court case number:  1594160; 1594161

Trial court:              337th District Court of Harris County

        These appeals were abated and remanded to the trial court to consider and rule upon a motion for new trial. A supplemental record has been filed with our Court demonstrating that a hearing was held and the trial court denied the motion for new trial. Accordingly, we reinstate these appeals on the Court's active docket.

        It is so ORDERED.


Judge's signature: _____/s/ Sarah B. Landau_____
                            Acting individually



Date:   __August 12, 2021_____